# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

NATIONWIDE MUTUAL FIRE INSURANCE CO., *et al.*,

        Plaintiffs,

vs.

CHAR-BROIL, LLC, *et al.*,

        Defendants.

Case No.: 1:12-CV-754

Judge Timothy S. Black

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by counsel that this case has settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: 10/8/13

*/s/ Timothy S. Black*
Timothy S. Black
United States District Judge